APPEAL No. 76-343. HERBERT H. WALKER *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Motion of respondent for a stay of the final decree of the Workmen's Compensation Commission pending appeal is assigned to the calendar for Friday, December 10, 1976, 9:30 a.m. for oral argument. *Lovett &*

*Linder, Ltd., Raul L. Lovett,* for petitioner. *Ambrose W. Carroll,* for respondent.

APPEAL No. 76-352. STEVEN MORAN *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Motion of respondent for a stay of the final decree of the Workmen's Compensation Commission pending appeal is assigned to the calendar for Friday, December 10, 1976, 9:30 a.m. for oral argument. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Ambrose W. Carroll,* for respondent.